UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RENA DANFORTH and
CHARLES DANFORTH,

     Plaintiffs,

v.                            Case No: 8:23-cv-2640-JLB-NHA

LIBERTY MUTUAL INSURANCE
COMPANY, a/k/a THE FIRST LIBERTY
INSURANCE CORPORATION,

     Defendant.

_____/

## **ORDER**

     The Magistrate Judge has entered a Report and Recommendation (Doc. 27), recommending that the Court grant Plaintiffs' amended motion to remand this case to state court (Doc. 15), which is now unopposed (Doc. 25).  No party has objected to the Report and Recommendation, and the time to do so has expired.

     A district judge "may accept, reject, or modify, in whole or in part," the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

     Here, after an independent review of the record, and noting that no objection has been filed, the Court finds that the Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.      The Report and Recommendation (Doc. 27) is **ADOPTED** and made

        part of this Order for all purposes.

2.      Plaintiffs' Amended Motion to Remand (Doc. 15), now unopposed (Doc.

        25), is **GRANTED**.

3.      This case is **REMANDED** to the Circuit Court of the Tenth Judicial

        Circuit in and for Polk County, Florida.  The Clerk of Court is

        **DIRECTED** to transmit a certified copy of this order to the Polk

        County, Florida, Clerk of Court, to terminate any pending motions and

        deadlines, and to close this case.

**ORDERED** at Tampa, Florida on June 3, 2024.

**JOHN L. BADALAMENTI**
UNITED STATES DISTRICT JUDGE

2